Appellant Pro Se: Eugene K. Jones-El, of Charleston, Missouri

Respondents' Attorneys: Elad J. Gross, of St. Louis, Missouri Thomas A. McCarthy, of St. Louis, Missouri

WILLIAM W. FRANCIS, JR., J.

Eugene K. Jones-El ("Jones") appeals from a second amended judgment of the trial court, granting a motion to dismiss [1] Jones' civil petition against twenty-four prison workers and six court officials. The gist of Jones' petition was that prison officials failed to provide him with a typewriter and companion materials to prepare an appeal in *Jones v. State*, No. ED98705. In *Jones*, the Eastern District rejected his appeal because it did not comply with Rule 84.06(e) due to being handwritten. The trial court dismissed Jones' petition on the basis that Jones had already brought the same claim in federal court, and the parties had settled that claim pursuant to a written settlement agreement.

We observe that, in numerous respects, Jones' appeal to this Court fails to follow the mandatory dictates of Rule 84.04. Jones' statement of facts wholly fails to follow Rule 84.04(c), and his argument section similarly fails to provide citations to the record in violation of Rule 84.04(e). Absent proper citations to the record, we may not, of our own initiative, seine the record in search of materials to support Jones' cause. *Shields v. L&P Transp., LLC*, 317 S.W.3d 654, 656 (Mo.App.S.D. 2010). Engaging in a search for factual matter in the record to support an appellant's claims would put this court in the unacceptable position of becoming an advocate for appellant. *Eder v. Lawson's Hardwood Floors, Inc.*, 403 S.W.3d 623, 625 (Mo.App.S.D.2012). For that reason, Jones' failure to tie his alleged claims of legal error to specific factual matter from the record with specific citations, renders his point unreviewable. *In re Marriage of Smith*, 283 S.W.3d 271, 275 (Mo.App.E.D. 2009).

Appeal dismissed. The judgment of the trial court is affirmed.

GARY W. LYNCH, P.J.—CONCURS

NANCY STEFFEN RAHMEYER, J.—CONCURS

Mary **DOMINICK**, Trustee, of the **Greene Family Trust Dated Nov 14, 2003 as Amended, Respondent,**

v.

Dixie **KATES, Appellant.**

**WD 79439**

Missouri Court of Appeals, Western District.

Order filed: October 11, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied November 22, 2016

---

Attorney: Thomas W. Koelling, for Respondent

Jonathan Sternberg, for Appellant

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick, Judge and Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Dixie Kates appeals the judgment of the trial court in favor of Mary Dominick, trustee of the Greene Family Trust dated November 14, 2003, ordering Ms. Kates's ejectment from property on which she resided as a trust beneficiary. She argues that Ms. Dominick's claim was barred by res judicata and that the trial court erred in finding that she violated a forfeiture clause of the trust. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).